UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jackie Rahm Little,<br><br>Defendant. | No. 23-cr-173 (ADM/DLM)<br><br>**ORDER** |

Defendant Jackie Little, having been found competent to proceed to trial under 18 U.S.C. § 4241(a) (Doc. 146), is Ordered discharged from the facility in which he is hospitalized and returned to the District of Minnesota for trial. 18 U.S.C. § 4241(e).

Additionally, the period of time from this Order's date until Mr. Little is returned to the District of Minnesota shall be excluded under 18 U.S.C. § 3161(h)(1)(F).

**SO ORDERED.**

DATED: May 23, 2025              *s/Douglas L. Micko*
                                 DOUGLAS L. MICKO
                                 United States Magistrate Judge

1