UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 23-173 (ADM/DLM) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MOTION TO STAY ORDER** |
| | ) | |
| JACKIE RAHM LITTLE, | ) | |
| | ) | |
| Defendant. | ) | |

Jackie Little, through his attorney, hereby respectfully moves the Court for an Order staying its previously issued Order (ECF 147), which ordered the return of Mr. Little to the District of Minnesota.

The Court and Parties agree that Mr. Little is competent to proceed to trial. (ECF 146). The Parties further agree that Mr. Little's competency restoration is based on the care he received at FMC Butner. Mr. Little continues to receive care at FMC Butner. The Parties believe, that at this time, any interruption of Mr. Little's care will result in a degradation of competence.

The Parties are currently engaged in plea negotiations and believe a change of plea will occur soon.

The Parties jointly request the Court stay its previously filed Order for a period of 90 days.

Dated: June 4, 2025.                    Respectfully submitted,

*s/ Aaron J. Morrison*

AARON J. MORRISON
Attorney ID No. 341241
Attorney for Mr. Little
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415