UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.   23-173 (ADM/DLM) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **STATEMENT OF FACTS IN** |
| | ) | **SUPPORT OF EXCLUSION OF TIME** |
| JACKIE RAHM LITTLE, | ) | **UNDER THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Jackie Rahm Little, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

I was appointed a new attorney on July 7, 2025, and we are currently reviewing my discovery. I also understand that he is engaged in discussion with the government about a possible resolution of my case; I further understand that my attorney will be away from July 29, 2025 – August 13, 2025. I do wish my attorney to have more time to conclude these discussions, and I support the request to continue my trial date by thirty days.

Based on the above facts, I request that the period of time from July 30, 2025, to approximately 30 days from then be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney.  I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act. I provided my attorney permission to sign this document electronically on my behalf.

Dated: 7/28/25

/s/ Jackie R. Little

JACKIE RAHM LITTLE
Defendant

Dated: 7/28/25

/s/ James S. Becker

JAMES S. BECKER
Attorney ID No.:   388222
Attorney for Mr. Little
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415