*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

CHAD M. SPAHN
Senior Investigator

*MSBA Certified Criminal Law Specialist

**OFFICE OF THE**
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
SIRI CARLSON MCDOWELL
AMBROISE DECILAP
KATE ADAMS
Assistant Defenders

August 27, 2025

**_VIA CM/ECF_**
Honorable Douglas L. Micko
United States Magistrate Judge
316 North Robert Street, Suite 6B
St. Paul, MN 55101

      Re:    *United States v. Jackie Rahm Little*
              Criminal No. 23-173 (ADM/DLM)

Dear Magistrate Judge Micko,

I am writing to inform the Court that I will not be filing pretrial motions on behalf of Mr. Little. The parties are negotiating terms of a possible plea agreement and believe resolution is imminent. As such, Mr. Little requests that the motion hearing currently scheduled for September 25, 2025, be cancelled.

The parties will contact Senior Judge Montgomery's chambers to schedule a change of plea hearing.

Sincerely,

s/James S. Becker

JAMES S. BECKER
Assistant Federal Defender

JSB/en

cc: Evan Gilead, AUSA